# UNITED STATES DISTRICT COURT

for the
Southern District of Illinois

| | |
|---|---|
| KATHY BRADLEY  )  | |
| *Plaintiff(s)*  )  | |
| v.  )  | Case Number: 10-433-DRH |
| L'OREAL USA, Inc.  )  | |
| *Defendant(s)*  )  | |

## NOTICE OF ERRORS AND/OR DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS

| DOCUMENT NO: 28 | DOCUMENT TITLE: Relator's Response in Opposition to Defendant's Alternative Motion to Transfer to the Southern District of New York, or, in the alternative, for Discovery Prior to Ruling |
|---|---|

The following error/deficiency has been identified in the document listed above:

☒ **Certificate of Service is not completely dated (day is not filled in)**

### ACTION TAKEN BY CLERK'S OFFICE

☒ **Notice of Errors and/or Deficiencies for informational purposes**

### ACTION REQUIRED BY FILER

☒ **No further action required by the filer**

NANCY J. ROSENSTENGEL, Clerk of Court

By: *s/ Deborah Weiss*
DATE:                                  Deputy Clerk

(05/10)