IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KATHY BRADLEY, )<br>)<br>Relator, )<br>)<br>vs. )<br>)<br>L'ORÉAL USA, INC., )<br>)<br>Defendant. ) | No. 3:10-cv-00433-DRH-CJP |

_____

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO**
**FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**

_____

Comes Now Relator Kathy Bradley ("Relator"), by and through the undersigned attorneys, and files this "Notice Of Voluntary Dismissal Pursuant To Federal Rule Of Civil Procedure 41(a)(1)(A)(i)." In support thereof, Relator states:

1. Relator filed this cause of action on June 14, 2010.

2. Defendant has provided Relator with information that reflects the existence of other claims made against Defendant that were filed prior to the claims brought by Relator. Said prior claims also arise under 35 U.S.C. § 292.

3. Counsel for Relator has conferred with Defendant's counsel. As a result of that exchange, counsel for Relator agreed to dismiss this litigation in order that there are not multiple claims regarding the same patents and false markings.

4. Defendant's counsel has agreed that Relator may file this Notice of Dismissal, with each party to pay its own costs.

WHEREFORE, Relator, Kathy Bradley, prays for an Order of voluntary dismissal, without prejudice, of the above-referenced case, with each party to pay its own costs, and for such further relief as this Court deems just under the circumstances.

Respectfully submitted,

/s/  Judy L. Cates
JUDY L. CATES # 00414743
*The Cates Law Firm, L.L.C.*
216 West Pointe Drive, Suite A
Swansea, IL  62226
Telephone:	(618) 277-3644
Facsimile:	(618) 277-7882
E-mail:	jcates@cateslaw.com

**Attorney for Relator, Kathy Bradley**

## PROOF OF SERVICE

The undersigned certifies that a copy of "Notice Of Voluntary Dismissal Pursuant To Federal Rule of Civil Procedure 41(a)(1)(A)(i)" was electronically filed with the Clerk of Court of the United States District Court for the Southern District of Illinois by using the CM/ECF system which will send a Notice of Electronic Filing upon counsel of record of all parties on this 10th day of September, 2010.

Judy L. Cates