IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**KATHY BRADLEY,**

    **Relator,**

v.

**L'OREAL USA, INC.,**

    **Defendant.**       Case No. 10-cv-433-DRH

### ORDER

**HERNDON, Chief Judge:**

    Before the Court is Relator's Notice of Voluntary Dismissal Pursuant to **FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)** (Doc. 31). Plaintiff has opted to voluntarily dismiss her suit without prejudice against Defendant for the reason that it appears other similar claims have already been brought against Defendant pursuant to **35 U.S.C. § 292**, filed prior to this suit. The Parties have agreed that this dismissal shall also require each Party to pay its own costs.

    The Court first, *sua sponte*, **LIFTS** the stay that was imposed by its August 30, 2010 Order (Doc. 30), so that it may **ACKNOWLEDGE** Plaintiff's Notice of Voluntary Dismissal (Doc. 31). As such, this matter is hereby **DISMISSED**

**WITHOUT PREJUDICE**, each Party to bear its own costs.  The Clerk is instructed to close the case.

        **IT IS SO ORDERED.**

Signed this 13th day of September, 2010.

        /s/      David R Herndon
        **Chief Judge**
        **United States District Court**